GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316,
FBrown@gibsondunn.com
MICHAEL B. SMITH, SBN 235764,
MSmith@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087,
EMonagas@gibsondunn.com
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant/Counterclaimant
TESSERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC., et al.<br><br>    Plaintiffs/Counter-defendants,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant, Counter-claimant. | CASE NO. 4:08-CV-03827 CW<br>CASE NO. 4:08-CV-03667 CW<br>CASE NO. 4:08-CV-03726 CW |
| SILICONWARE PRECISION INDUSTRIES CO., LTD, et al.<br><br>    Plaintiffs, Counter-defendants,<br><br>  v.<br><br>TESSERA, INC.<br><br>    Defendant, Counter-claimant. | **STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| ADVANCED SEMICONDUCTOR ENGINEERING INC., et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>TESSERA, INC.<br><br>    Defendant. | |

1

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING
CASE MANAGEMENT CONFERENCE AND RELATED DATES     Case No. 4:08-CV-03827 CW
    Case No. 4:08-CV-03667 CW
    Case No. 4:08-CV-03726 CW

Gibson, Dunn & Crutcher LLP

1   WHEREAS, on September 11, 2008, this Court found that the above-captioned cases are related to *Tessera, Inc. v. Advanced Micro Devices, Inc.*, Case No. C 05-04063 CW (the "AMD case"), and set a case management conference for November 18, 2008, at 2:00 p.m.;

WHEREAS, the AMD case has been stayed by order of this Court pending resolution of an Investigation by the International Trade Commission involving the same parties and patents;

WHEREAS, Defendant and Counterclaimant Tessera, Inc. ("Tessera") has filed a motion to amend the Complaint in ITC Investigation No. 337-TA-649 (the "ITC investigation") to include claims for infringement of the same patent at issue in this case against Plaintiffs and Counter-defendants ChipMOS Technologies, Inc., ChipMOS Technologies (Bermuda), Ltd., and ChipMOS U.S.A., Inc. (collectively, "ChipMOS"), Plaintiffs and Counter-defendants Siliconware Precision Industries Co, Ltd. and Siliconware U.S.A., Inc. (collectively, "SPIL"), and Plaintiffs Advanced Semiconductor Engineering Inc., ASE Test Limited, and ASE (U.S.) Inc. (collectively, "ASE");

WHEREAS, the parties believe that it would be most efficient to postpone the case management conference and related activity in these cases until the Administrative Law Judge rules on Tessera's motion to amend the complaint in the ITC investigation; and

WHEREAS, there would be no prejudice to the other defendants in the AMD case in moving the case management conference, as that case currently is stayed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between ChipMOS, ASE, SPIL and Tessera, through their respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

1.   The case management conference currently scheduled for November 18, 2008 at 2:00 p.m. shall be rescheduled for February 17, 2009 at 2:00 p.m., or as soon thereafter as the Court is available;

2.   Dates for disclosures and reports required by F.R.Civ.P. 16 and 26 shall be adjusted accordingly; and

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING
CASE MANAGEMENT CONFERENCE AND RELATED DATES          Case No. 4:08-CV-03827 CW
                                                     Case No. 4:08-CV-03667 CW
                                                     Case No. 4:08-CV-03726 CW

3. The parties shall file ADR Certifications, stipulations to ADR process, and/or notices of need for ADR phone conference no later than January 27, 2009.

DATED: October 23, 2008

        GIBSON, DUNN & CRUTCHER LLP

        By: /s/ Michael B. Smith
              Michael B. Smith

        Attorneys for Defendant/Counterclaimant
        TESSERA, INC.

DATED: October 23, 2008

        SEYFARTH SHAW LLP

        By: /s/ Lawrence E. Butler
              Lawrence E. Butler

        Attorneys for Plaintiffs/Counterdefendants
        CHIPMOS TECHNOLOGIES INC.,
        CHIPMOS TECHNOLOGIES (BERMUDA) INC.,
        AND CHIPMOS U.S.A. INC.

DATED: October 23, 2008

        ORRICK HERRINGTON & SUTCLIFFE, LLP

        By: /s/ Bas de Blank
              Bas de Blank

        Attorneys for Plaintiffs
        SILICONWARE PRECISION INDUSTRIES CO, LTD,
        and SILICONWARE U.S.A., INC.

3

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING
CASE MANAGEMENT CONFERENCE AND RELATED DATES    Case No. 4:08-CV-03827 CW
    Case No. 4:08-CV-03667 CW
    Case No. 4:08-CV-03726 CW

Gibson, Dunn & Crutcher LLP

DATED: October 23, 2008

THELEN LLP

By: /s/ Papool Subhash Chaudhari
        Papool Subhash Chaudhari

Attorneys for Plaintiffs
ADVANCED SEMICONDUCTOR ENGINEERING INC, ASE TEST LIMITED, and ASE (U.S.) INC.

**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: 10/31/08  _____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

100515972_1.DOC

4

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING
CASE MANAGEMENT CONFERENCE AND RELATED DATES    Case No. 4:08-CV-03827 CW
Case No. 4:08-CV-03667 CW
Case No. 4:08-CV-03726 CW

Gibson, Dunn & Crutcher LLP