1   Robert E. Camors, Jr. (CA Bar No. 121204)
    Email: bobcamors@foley.com
2   **FOLEY & LARDNER LLP**
    975 Page Mill Road
3   Palo Alto, CA 94304-1013
    Telephone: 650.856.3700
4   Facsimile:  650.856.3710

5   Attorney for Plaintiffs
    Advanced Semiconductor Engineering, Inc., ASE Test Limited and ASE (U.S.), Inc.

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC., | Case No.: 4:08-03726 (CW) |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY ACTION IN ITS ENTIRETY PENDING A FINAL ITC DETERMINATION AS MODIFIED** |
| vs. | |
| TESSERA, INC., | JUDGE:  CLAUDIA WILKEN |
| Defendant. | |
| | |
| TESSERA, INC., | |
| Counterclaimant, | |
| vs. | |
| ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC., | |
| Counterclaim Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
Email: lbutler@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Plaintiffs
CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES
(BERMUDA) LTD. and CHIPMOS U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC., | Case No.: 4:08-03827 (CW) |
|---|---|
| Plaintiffs, | **STIPULATION AND] ORDER TO STAY ACTION IN ITS ENTIRETY PENDING A FINAL ITC DETERMINATION AS MODIFIED** |
| vs. | |
| TESSERA, INC., | JUDGE:  CLAUDIA WILKEN |
| Defendant. | |
| | |
| TESSERA, INC., | |
| Counterclaimant, | |
| vs. | |
| CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC., | |
| Counterclaim Defendants. | |

MICHAEL F. HEAFEY (STATE BAR NO. 153499)
mheafey@orrick.com
JAN ELLARD (STATE BAR NO. 171947)
jellard@orrick.com
PETER J. O'ROURKE (STATE BAR NO. 227164)
porourke@orrick.com
ORRICK, HERRINGTON & SUTCLIFF LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Plaintiffs
SILICONWARE PRECISION INDUSTRIES CO., LTD.
and SILICONWARE U.S.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A., | Case No.: 4:08-03667 (CW) |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY ACTION IN ITS ENTIRETY PENDING A FINAL ITC DETERMINATION AS MODIFIED** |
| vs. | |
| TESSERA, INC., | JUDGE:  CLAUDIA WILKEN |
| Defendant. | |
| | |
| TESSERA, INC., | |
| Counterclaimant, | |
| vs. | |
| SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A., | |
| Counterclaim Defendants. | |

1    In light of the decision by the International Trade Commission ("ITC") granting

2  Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No.

3  5,663,106 to the investigation entitled, *In the Matter of Certain Semiconductor Chips with*

4  *Minimized Chip Package Size and Products Containing the Same (IV), ITC Inv. No. 337-TA-649*

5  ("the '649 Investigation"), the parties hereto stipulate a stay of the above-captioned proceedings

6  in their entirety.

7    IT IS THEREFORE STIPULATED AND AGREED, between Plaintiffs, by their

8  undersigned counsel, and Tessera, by its undersigned counsel, that:

9    These proceedings – including all claims and counterclaims – shall be stayed in their

10  entirety.   **The case management conference, previously set for February 17, 2009, is**

11  **continued to June 16, 2009, at 2:00 p.m.**

12    PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated this 19th day of December, 2008.   _____

    Honorable Claudia Wilken
    United States District Judge

15

16  Submitted by:

17  Dated:  December 19, 2008                  /s/
                                          _____
                                          Robert E. Camors, Jr.
18                                        bobcamors@foley.com
                                          FOLEY & LARDNER, LLP
19                                        975 Page Mill Road
                                          Palo Alto, CA  94304-1013
20                                        Telephone: (650) 856-3700
                                          Facsimile:  (650) 856-3710
21                                        Attorney for Plaintiffs ADVANCED
                                          SEMICONDUCTOR ENGINEERING, INC., ASE
22                                        TEST LIMITED, and ASE (U.S.) INC.

23  Dated:  December 19, 2008                  /s/
                                          _____
                                          Michael Heafey
24                                        mheafey@orrick.com
                                          ORRICK, HERRINGTON & SUTCLIFFE
25                                        1000 Marsh Road
                                          Menlo Park, CA 94025
26                                        Telephone: (650) 614-7400
                                          Facsimile:  (650) 614-7401
27                                        Attorney for Plaintiffs SILICONWARE PRECISION
                                          INDUSTRIES CO., LTD. and SILICONWARE
28                                        U.S.A.
                                          1
                              JOINT MOTION TO STAY

1

2
Dated:  December 19, 2008                                    /s/
Michael J. Burns SBN 172614

3
mburns@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100

4
San Francisco, California 94105
Telephone: (415) 397-2823

5
Facsimile:  (415) 397-8549
Attorney for Plaintiffs CHIPMOS TECHNOLOGIES

6
INC., CHIPMOS TECHNOLOGIES (BERMUDA)
LTD. and CHIPMOS U.S.A., INC.

7

8
Dated:  December 19, 2008                                    /s/
Michael B. Smith, SBN 235764

9
MSmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

10
555 Mission Street, Suite 3000
San Francisco, California 94105-2933

11
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306
Attorney for Defendant TESSERA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
JOINT MOTION TO STAY

1

2

## **SIGNATURE ATTESTATION**

3

4      I hereby attest that I have on file all holograph signatures and/or written concurrences for

5   any signature indicated by a "conformed" signature (/s/) within this e-filed document.

6

7

8                                                                  /s/
                                                              Gina A. Bibby

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
JOINT MOTION TO STAY