SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
Email: lbutler@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Plaintiffs
CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.,<br><br>              Plaintiffs,<br><br>     vs.<br><br>TESSERA, INC.,<br><br>              Defendant.<br><br><br>TESSERA, INC.,<br><br>              Counterclaimant,<br><br>     vs.<br><br>CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.,<br><br>              Counterclaim Defendants. | Case No.: 4:08-03827 (CW)<br><br>**JOINT STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES     Case No. 4:08-CV-03726

SVCA_323943.1

**FOLEY & LARDNER LLP**
ROBERT E. CAMORS JR.  CA 121204
bobcamors@foley.com
GINA A. BIBBY  CA 242657
gbibby@foley.com@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:    650.856.3700
FACSIMILE:    650.856.3710

**FOLEY & LARDNER LLP**
Steven J. Rizzi (ADMITTED Pro Hac Vice)
srizzi@foley.com
90 Park Avenue
New York, NY 10016-1314
Tel: 212.682.7474
Fax: 212.687.2329

Attorney for Plaintiffs/Counter-defendants
ADVANCED SEMICONDUCTOR ENGINEERING INC., ASE Test Limited and ASE (U.S.), Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TESSERA, INC., <br><br> Defendant. <br><br> TESSERA, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC., <br><br> Counterclaim Defendants. | Case No  4:08-CV-03726 (CW) <br><br> **JOINT STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES        Case No. 4:08-CV-03726

SVCA_323943.1

1  MICHAEL F. HEAFEY (STATE BAR NO. 153499)
   mheafey@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFF LLP
   1000 Marsh Road
3  Menlo Park, CA 94025
   Telephone: (650) 614-7400
4  Facsimile:  (650) 614-7401

5  Attorneys for Plaintiffs
   SILICONWARE PRECISION INDUSTRIES CO., LTD.
6  and SILICONWARE U.S.A.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11

12 SILICONWARE PRECISION INDUSTRIES         Case No.: 4:08-CV-03667 (CW)
   CO., LTD. and SILICONWARE U.S.A.,
13
              Plaintiffs,                  **JOINT STIPULATION AND ORDER**
14                                         **CHANGING THE DATE OF UPCOMING**
       vs.                                 **CASE MANAGEMENT CONFERENCE**
15                                         **AND RELATED DATES**
   TESSERA, INC.,
16
              Defendant.
17

18

19 TESSERA, INC.,

20            Counterclaimant,

21     vs.

22 SILICONWARE PRECISION INDUSTRIES
   CO., LTD. and SILICONWARE U.S.A.,
23
              Counterclaim Defendants.
24

25

26

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF         Case No. 4:08-CV-03667
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_323943.1

1. WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2. WHEREAS, the Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd,. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc., et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.*, Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3. WHEREAS the Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4. WHEREAS, by its orders of December 19, 2008 in the Related Cases and by its order of January 6, 2009 in the AMD case, this Court subsequently set a Case Management Conference in both the AMD case and the Related Cases for June 16, 2009 at 2:00 p.m. and required that a Case Management Conference statement be filed in the AMD case one week before the Conference; and

5. WHEREAS the parties in the Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Commission issued its Opinion and Notice of Final Determination on May 20, 2009, holding that Tessera's patents were valid and infringed, and;

1
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF   Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_323943.1

6.     WHEREAS, the parties, by their undersigned counsel, report that the Commissions Final Determination is subject to a 60-day Presidential Review Period and may be appealed to the Federal Circuit by the adversely affected parties; and

7.     WHEREAS the parties in the Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-649 is that, on February 10, 2009, the Administrative Law Judge issued an Initial Determination, which subsequently became a Final Determination of the Commission because no party field a petition for review, ordering the "procedural schedule in [the] Investigation be STAYED until the Commission issues its Final Determination in the 605 Investigation" and further "extending the target date of this investigation" to February 8, 2010; on March 12, 2009, Complainant Tessera filed a Motion for Termination of Investigation 337-TA-649, and the Respondents in that Investigation have filed responses to that Motion for Termination; Tessera's Motion for Termination remains under submission to the Administrative Law Judge who has not, as of this date, ruled on the Motion to Terminate; and

8.     WHEREAS, since a final resolution of ITC's 337-TA-605 investigation, including appeals, is unlikely to occur before January 1, 2010, the parties in the Related Cases believe that it would be most efficient to further postpone the case management conference and related activity in the AMD case and the Related Cases until at least December 20, 2009; and

9.     WHEREAS, the parties in the Related Cases believe that it is the Court's intent that the next case management conference in the Related Cases is not to be treated by the parties as an Initial Case Management Conference under Local Rule 16-10(a) because the Court has ordered a stay of those proceedings in their entirety, and that therefore the actions required by Fed. Rules Civ. Proc. 16 and 26 and related Local Rules 16-9(a) are not intended to be accomplished before the conference but that, instead, the case management conference that is required to be filed should be limited to a report on the status of the International Trade Commission investigations 337-TA-605 and 337-TA-649 that are the basis of the stay;

10.    WHEREAS, the parties in the Related Cases agree that there would be no prejudice to the parties in moving the case management conference, as that those cases are

2
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF   Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_323943.1

1  currently are stayed;

2  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
3  parties in the AMD case and in the Related Cases, through their undersigned respective attorneys
4  of record, based on the foregoing, and subject to the approval of this Court, that:

5  1.  The case management conference currently scheduled for June 16, 2009 at 2:00
6  p.m. in the AMD case and the Related Cases shall be rescheduled for December 22, 2009, at
7  2:00 p.m., or as soon thereafter as the Court is available;

8  2.  As to the parties in the Related Cases, the case management conference is not an
9  Initial Case Management Conference under Local Rule 16-10(a) and the actions required by Fed.
10 Rules Civ. Proc. 16 and 26 and related Local Rules 16-9(a) are not to be accomplished before the
11 conference but, instead, the case management conference statement that is required to be filed is
12 limited to a report on the status of the International Trade Commission Investigations 337-TA-
13 605 and 337-TA-649 that are the basis of the stay.

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated this 8th day of June, 2009.

    Honorable Claudia Wilken
18  United States District Judge

19
20
21
22
23
24
25
26
27
28

3

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF     Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_323943.1

Submitted by:

Dated: June 3, 2009

/s/
Robert E. Camors, Jr.
FOLEY & LARDNER, LLP
Attorney for Plaintiffs ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC.

Dated: June 3, 2009

/s/
Michael Heafey
ORRICK, HERRINGTON & SUTCLIFFE
Attorney for Plaintiffs SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A.

Dated: June 3, 2009

/s/
Lawrence E. Butler
SEYFARTH SHAW LLP
Attorney for Plaintiffs CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.

Dated: June 3, 2009

/s/
Frederick Brown
GIBSON, DUNN & CRUTCHER LLP
Attorney for Defendant TESSERA, INC.

Concurrence in the filing of this document has been obtained from the signatories listed above.

Dated: June 3, 2009

FOLEY & LARDNER LLP

/s/
Robert E. Camors, Jr.

Attorneys for defendants and counter-claimants ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC.

4
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES     Case No. 4:08-CV-03726

SVCA_323943.1