**FOLEY & LARDNER LLP**
ROBERT E. CAMORS JR.  CA 121204
bobcamors@foley.com
GINA A. BIBBY  CA 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:    650.856.3700
FACSIMILE:     650.856.3710

**FOLEY & LARDNER LLP**
Steven J. Rizzi (ADMITTED Pro Hac Vice)
srizzi@foley.com
90 Park Avenue
New York, NY 10016-1314
Tel: 212.682.7474
Fax: 212.687.2329

Attorney for Plaintiffs/Counter-defendants
ADVANCED SEMICONDUCTOR ENGINEERING INC., ASE Test Limited and ASE (U.S.), Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>TESSERA, INC.,<br><br>         Defendant.<br><br><br>TESSERA, INC.,<br><br>         Counterclaimant,<br><br>    vs.<br><br>ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC.,<br><br>         Counterclaim Defendants. | Case No  4:08-CV-03726 (CW)<br><br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
Email: lbutler@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Plaintiffs
CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>TESSERA, INC.,<br><br>          Defendant.<br><br><br>TESSERA, INC.,<br><br>          Counterclaimant,<br><br>     vs.<br><br>CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. and CHIPMOS U.S.A., INC.,<br><br>          Counterclaim Defendants. | Case No.: 4:08-03827 (CW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES        Case No. 4:08-CV-03827

SVCA_342945.2

MICHAEL F. HEAFEY (STATE BAR NO. 153499)
mheafey@orrick.com
ORRICK, HERRINGTON & SUTCLIFF LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Plaintiffs
SILICONWARE PRECISION INDUSTRIES CO., LTD.
and SILICONWARE U.S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>TESSERA, INC.,<br><br>            Defendant.<br><br><br>TESSERA, INC.,<br><br>            Counterclaimant,<br><br>     vs.<br><br>SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A.,<br><br>            Counterclaim Defendants. | Case No.: 4:08-CV-03667 (CW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

---

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF            Case No. 4:08-CV-03667
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_342945.2

1. WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2. WHEREAS, the Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd,. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc., et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.*, Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3. WHEREAS the parties in the Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Final Determination is under appeal to the Federal Circuit in Case Number 09-1460 with the notice of appeal being filed on July 20, 2009 and briefs for Appellants Freescale Semiconductor, STMicroelectronics N.V., Qualcomm, Inc., Spansion, Inc. and Spansion, LLC were filed on October 30, 2009, and;

6. WHEREAS the parties in the Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-649 is that on August 7, 2009, the Commission issued a Notice of Determination Not To Review An Initial Determination Granting Complainant's Motion to Terminate The Investigation; Termination of Investigation thereby making the termination of the investigation final; and

8. WHEREAS, since a final resolution of ITC's 337-TA-605 investigation, including appeals, is unlikely to occur before June 15, 2010, the parties in the Related Cases

1

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF    Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_342945.2

1  believe that it would be most efficient to further postpone the case management conference and
2  related activity in the AMD case and the Related Cases until at least June 1, 2009; and
3       9.     WHEREAS, the parties in the Related Cases agree that there would be no
4  prejudice to the parties in moving the case management conference, as that those cases are
5  currently are stayed;
6       THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
7  parties in the AMD case and in the Related Cases, through their undersigned respective attorneys
8  of record, based on the foregoing, and subject to the approval of this Court, that:
9       1.     The case management conference currently scheduled for December 22, 2009 at
10 2:00 p.m. in the AMD case and the Related Cases shall be rescheduled for __6/22/10__ at 2:00 p.
11 __:__ __.m., or as soon thereafter as the Court is available;
12
13      PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
15 Dated this __16th__ day of December, 2009.     /s/ Claudia Wilken
16      Honorable Claudia Wilken
     United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

2
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF     Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_342945.2

Submitted by:

Dated:  December 9, 2009                           /s/
                                                  Robert E. Camors, Jr.
                                                  FOLEY & LARDNER, LLP
                                                  Attorney for Plaintiffs ADVANCED
                                                  SEMICONDUCTOR ENGINEERING, INC., ASE
                                                  TEST LIMITED, and ASE (U.S.) INC.

Dated:  December 9, 2009                           /s/
                                                  Michael Heafey
                                                  ORRICK, HERRINGTON & SUTCLIFFE
                                                  Attorney for Plaintiffs SILICONWARE PRECISION
                                                  INDUSTRIES CO., LTD. and SILICONWARE
                                                  U.S.A.

Dated:  December 9, 2009                           /s/
                                                  Joseph Lanser
                                                  SEYFARTH SHAW LLP
                                                  Attorney for Plaintiffs CHIPMOS TECHNOLOGIES
                                                  INC., CHIPMOS TECHNOLOGIES (BERMUDA)
                                                  LTD. and CHIPMOS U.S.A., INC.

Dated:  December 9, 2009                           /s/
                                                  Michael B. Smith
                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  Attorney for Defendant TESSERA, INC.

   Concurrence in the filing of this document has been obtained from the signatories listed above.

Dated:  December 9, 2009              FOLEY & LARDNER LLP

                                                   /s/
                                                  Robert E. Camors, Jr.

                                      Attorneys for defendants and counter-claimants
                                      ADVANCED SEMICONDUCTOR
                                      ENGINEERING, INC., ASE TEST LIMITED, and
                                      ASE (U.S.) INC.

3
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF         Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_342945.2