IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO, LTD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-03667 CW<br><br><u>ORDER OF REFERENCE TO SPECIAL MASTER</u> |
| ADVANCED SEMICONDUCTOR ENGINEERING INC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TESSERA INC,<br><br>    Defendant.<br>_____/ | No. C 08-03726 CW |
| CHIPMOS TECHNOLOGIES INC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-03827 CW |
| POWERTECH TECHNOLOGY INC,<br><br>    Plaintiff,<br><br>  v.<br><br>TESSERA INC,<br><br>    Defendant.<br>_____/ | No. C 10-00945 CW |

```
SPANSION INC.,                              No. C 10-04954 CW

        Plaintiff,

   v.

TESSERA INC.,

        Defendant.
                                   /
POWERTECH TECHNOLOGY, INC.,                 No. C 11-06121 CW

        Plaintiff,

   v.

TESSERA, INC.,

        Defendant.
                                   /
TESSERA, INC.,                              No. C 12-00692 CW

        Plaintiff,

   v.

MOTOROLA, INC., et al.,

        Defendants.
                                   /
AND ALL RELATED COUNTERCLAIMS
                                   /
```

Pursuant to Local Rule 72-1, IT IS HEREBY ORDER that the Honorable Charles A. Legge, is appointed Special Master for discovery on all the above referenced cases.

IT IS SO ORDERED.

Dated: 3/23/2012

CLAUDIA WILKEN
United States District Judge

2