UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc., <br>     Plaintiff and Counter-defendant, <br> v. <br> Advanced Micro Devices, Inc., et al., <br>     Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW <br><br> **[STIPULATED] ORDER REGARDING OUTSIDE COUNSEL'S ACCESS TO, AND CROSS-PRODUCTION OF, ITC THIRD-PARTY MATERIALS** <br><br> *Special Master: Hon. Charles A. Legge* |
| Siliconware Precision Industries Co., Ltd., and Siliconware U.S.A., <br>     Plaintiffs and Counter-defendants, <br> v. <br> Tessera, Inc., <br>     Defendant and Counter-claimant. | Case No. 4:08-cv-03667-CW |

16813965.2

[PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

| | |
|---|---|
| ChipMOS Technologies Inc., ChipMOS Technologies (Bermuda) Ltd. and ChipMOS U.S.A., Inc.,<br><br>    Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>    Defendant and Counter-claimant. | Case No. 4:08-cv-03827-CW |
| Advanced Semiconductor Engineering, Inc., ASE Test Limited, and ASE (U.S.) Inc.,<br><br>    Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>    Defendant and Counter-claimant. | Case No. 4:08-cv-03726-CW |
| Spansion, Inc., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Tessera, Inc.,<br><br>    Claimant. | Case No. 4:10-cv-04954-CW |
| Tessera, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Motorola, Inc., et al.,<br><br>    Defendants. | Case No. 5:12-cv-00692-CW |

1   WHEREAS, on February 23, 2012, the Special Master signed the parties' stipulated proposed order regarding outside counsel's access to party materials produced in discovery in certain proceedings before the International Trade Commission; and

WHEREAS, the parties have now reached agreement regarding outside counsel's access to and cross-production of third-party materials produced in those ITC proceedings and in other prior litigation matters relating to Tessera.

IT IS HEREBY ORDERED that

1.  On or before March 16, 2012, the parties shall send a letter to the third parties whose confidential business information ("CBI") was produced in ITC Investigation Nos. 337-TA-605, 337-TA-630, and 337-TA-649 (the "605, 630, and 649 Investigations," respectively), including any third party CBI produced as part of a party's "ITC Party Materials," as that term is defined in the Special Master's February 23, 2012 Order Regarding Outside Counsel's Access To, And Cross-Production Of ITC Party Materials ("February 23 Order"), and to the respondents in the 630 Investigation, requesting that they consent to the production or deemed production in the above-captioned cases of the materials they previously produced in the ITC Investigations, and any documents exchanged or filed in the ITC Investigations that reference or incorporate those materials or their contents. This paragraph does not preclude the parties from contacting third parties whose identities or materials are later identified.

2.  On or before March 16, 2012, Tessera shall send a letter to the third parties whose materials Tessera previously produced in *Tessera, Inc. v. Advanced Micro Devices, et al.*, Case No. 4:05-cv-04063-CW, requesting that they consent to the production or deemed production in the above-captioned cases of those previously-produced materials, and any documents exchanged or filed in Case No. 4:05-cv-04063-CW or the ITC Investigations that reference or incorporate those materials or their contents. This paragraph does not preclude the parties from contacting third parties whose identities or materials are later identified.

3. If any third party or 630 respondent fails to respond within 20 days of the date of the letter, its failure to respond shall be deemed as consent to the production of its materials, and the materials it previously produced, and any documents exchanged or filed in the ITC Investigations that reference or incorporate those materials or their contents, shall automatically be produced or deemed produced in the above-captioned cases. The letters to the third parties and 630 respondents shall so state.

4. The materials addressed by this Order shall be afforded the same level of protection as they had in the prior litigation matter or ITC Investigation in which they were produced, with the additional protection that they shall not be accessible by the parties' employees, but shall be accessible by the parties' outside counsel, as well as any experts and consultants retained by the parties for purposes of this litigation. Notwithstanding the foregoing, any materials produced in *Tessera, Inc. v. Advanced Micro Devices, et al.*, Case No. 4:05-cv-04063-CW that were accessible to designated in-house counsel shall continue to be accessible to designated in-house counsel. In addition, any materials that were not given any form of confidentiality designation at the time of production by the producing entity shall not be treated as confidential and access to such materials shall not be restricted. The letters to the third parties and 630 respondents shall so state.

5. If a third party or 630 respondent objects to the production or deemed production of their materials, the party that requested consent from that objecting entity shall, after good faith consultation with the other side as to scheduling, make arrangement to address the issue with the Special Master and/or a court with jurisdiction.

6. The parties agree that as to any production by a party of party documents from the 605, 630, and 649 Investigations which are withheld and not produced on grounds that the document(s) contain third-party confidential information, the producing party shall provide the following: a) a complete description of the materials withheld, including the bates ranges for the pages withheld or redacted; b) the identification of the third party(s) whose confidential information is allegedly included therein, and their contact information;

|   |   |
|---|---|
| 1 | and c) for each such third party, a description of the alleged confidential information |
| 2 | sufficient for the third party to identify the information in order to provide consent. |

DATED: March 13, 2012     By:     /s/ Katherine K. Huang
                                   Gregory P. Stone  gregory.stone.mto.com
                                   Ted G. Dane  ted.dane@mto.com
                                   Katherine K. Huang  katherine.huang@mto.com
                                   Andrew Song  andrew.song@mto.com
                                   L. Ashley Aull  ashley.aull@mto.com
                                   Eric P. Tuttle  eric.tuttle@mto.com
                                   **Munger, Tolles & Olson LLP**
                                   355 S. Grand Ave., 35th Fl.
                                   Los Angeles, CA 90071-1560
                                   Tel: (213) 683-9100
                                   Fax: (213) 687-3702

                                   Fred H. Bartlit, Jr.  fred.bartlit@bartlit-beck.com
                                   Eric R. Olson  eric.olson@bartlit-beck.com
                                   Sean Grimsley  sean.grimsley@bartlit-beck.com
                                   Sundeep (Rob) K. Addy  rob.addy@bartlit-beck.com
                                   **Bartlit Beck Herman Palenchar & Scott LLP**
                                   1899 Wynkoop St., 8th Fl.
                                   Denver, CO 80202
                                   Tel: (303) 592-3100
                                   Fax: (303) 592-3140

                                   Morgan Chu  mchu@irell.com
                                   Aaron H. Cole  acole@irell.com
                                   Jonathan Steinberg  jseinberg@irell.com
                                   Benjamin Hattenbach  bhattenbach@irell.com
                                   Ellison Shelton Turner  eturner@irell.com
                                   Nathan N. Lowenstein  nlowenstein@irell.com
                                   **Irell & Manella LLP**
                                   1800 Avenue of the Stars, Ste. 900
                                   Los Angeles, CA 90067-4276
                                   Tel: (310) 277-1010
                                   Fax: (310) 203-7199

                                   *Attorneys for Plaintiff and Counter-defendant Tessera, Inc.*

DATED: March 13, 2012     By:     /s/ Steven J. Rizzi
                                   Gina A. Bibby
                                   gbibby@foley.com
                                   **Foley & Lardner LLP**
                                   975 Page Mill Road
                                   Palo Alto, CA  94304-1013
                                   Tel: (650) 856-3700

3
16813965.2

[PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

|   |   |   |
|---|---|---|
| 1 | | Fax: (650) 856-3710 |
| 2 | | Steven J. Rizzi<br>srizzi@foley.com<br>**Foley & Lardner LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Tel: (212) 682-7474<br>Fax: (212) 687-2329 |

*Attorneys for Defendants Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc.*

DATED: March 13, 2012   By: /s/ Elaine Y. Chow
Michael J. Bettinger
mike.bettinger@klgates.com
Timothy P. Walker
timothy.walker@klgates.com
Elaine Y. Chow
elaine.chow@klgates.com
Stephen M. Everett
stephen.everett@klgates.com
**K&L Gates LLP**
Four Embarcadero Ctr., Ste. 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Defendants Advanced Micro Devices, Inc., Spansion Inc., Spansion Technology LLC, and Spansion LLC*

*Attorneys for Reorganized Debtors/Plaintiffs Spansion Inc., Spansion Technology LLC, Cerium Laboratories LLC, and Spansion International, Inc.*

DATED: March 13, 2012   By: /s/ Michael F. Heafey
Michael F. Heafey
mheafey@orrick.com
Andrew S. Ong
aong@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Attorneys for Defendants Siliconware Precision Industries Co., Ltd. and Siliconware USA Inc.*

DATED: March 13, 2012   By: /s/ Joseph R. Lanser
Lawrence E. Butler
lbutler@seyfarth.com
**Seyfarth Shaw LLP**
560 Mission St., Ste. 3100

```
 1                              San Francisco, CA 94105
                                Tel: (415) 397-2823
 2                              Fax: (415) 397-8549

 3                              Alan L. Unikel
                                aunikel@seyfarth.com
 4                              Joseph R. Lanser
                                jlanser@seyfarth.com
 5                              Matthew A. Werber
                                mwerber@seyfarth.com
 6                              Seyfarth Shaw LLP
                                131 S. Dearborn St., Ste. 2400
 7                              Chicago, IL 60603
                                Tel: (312) 460-5000
 8                              Fax: (312) 460-7000

 9                              Attorneys for Defendants Chipmos U.S.A., Inc., Chipmos Technologies,
                                Inc., and ChipMOS Technologies (Bermuda) Ltd.

10     DATED: March 13, 2012    By:    /s/ Teague I. Donahey
                                David L. Anderson
11                              dlanderson@sidley.com
                                Teague I. Donahey
12                              tdonahey@sidley.com
                                Ryan M. Sandrock
13                              rsandrock@sidley.com
                                Philip W. Woo
14                              pwoo@sidley.com
                                Sidley Austin LLP
15                              555 California St., Ste. 2000
                                San Francisco, CA 94104-1715
16                              Tel: (415) 772-1200
                                Fax: (415) 772-7400
17
                                Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics
18                              N.V.

19     DATED: March 13, 2012    By:    /s/ Azra M. Hadzimehmedovic
                                Matthew D. Powers
20                              matthew.powers@tensegritylawgroup.com
                                Steven S. Cherensky
21                              steven.cherensky@tensegritylawgroup.com
                                Azra M. Hadzimehmedovic
22                              azra@tensegritylawgroup.com
                                Stefani Smith
23                              stefani.smith@tensegritylawgroup.com
                                Tensegrity Law Group LLP
24                              555 Twin Dolphin Drive, Suite 360
                                Redwood Shores, CA 94065
25                              Tel: (650) 802-6000
                                Fax: (650) 802-6001
26
                                Attorneys for Defendants Stats Chippac Ltd., Stats Chippac, Inc., Stats
27                              Chippac (BVI) Limited

28     5                                                                    [PROPOSED] ORDER
       16813965.2                                                Case No. C 05-4063 CW and related cases
```

DATED: March 13, 2012            By:      /s/ David H. Dolkas
                                 David H. Dolkas
                                 ddolkas@mwe.com
                                 **McDermott Will & Emery, LLP**
                                 275 Middlefield Road, Suite 100
                                 Menlo Park, CA 94025-4004
                                 Tel: (650) 815-8400

                                 *Attorneys for Defendant Qualcomm Incorporated*

DATED: March 13, 2012            By:      /s/ Michael J. Bettinger
                                 Michael J. Bettinger
                                 mike.bettinger@klgates.com
                                 **K&L Gates LLP**
                                 4 Embarcadero Center, Suite 1200
                                 San Francisco, CA 94111
                                 Tel: (415) 882-8200
                                 Fax: (415) 882-8220

                                 *Attorneys for Defendant ATI Technologies, ULC*

DATED: March 13, 2012            By:      /s/ Blaney Harper
                                 Blaney Harper
                                 bharper@jonesday.com
                                 **Jones Day**
                                 51 Louisiana Avenue, N.W.
                                 Washington, D.C. 20001
                                 Tel: (202) 879-7623

                                 *Attorneys for Defendant Freescale Semiconductor, Inc.*

**IT IS SO ORDERED.**

Dated: March 14, 2012

                                                 /s/ Charles A. Legge
                                                 Hon. Charles A. Legge (Ret.)
                                                 Special Master