ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
Michael F. Heafey (SBN 153499) (mheafey@orrick.com)
Thomas J. Gray (SBN 191411) (tgray@orrick.com)
Denise M. Mingrone (SBN 135224) (dmingrone@orrick.com)
Andrew S. Ong (SBN 267889) (aong@orrick.com)

Attorneys for Plaintiffs Siliconware Precision Industries Co., Ltd.
and Siliconware U.S.A., Inc.

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)

Attorneys for Defendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO., LTD. AND SILICONWARE U.S.A., Plaintiffs, v. TESSERA, INC. Defendant. | CASE NO. 4:08-cv-03667-CW **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF SILICONWARE PRECISION INDUSTRIES CO., LTD. AND SILICONWARE U.S.A., INC.'S CLAIMS** Judge: Hon. Claudia Wilken |

1  WHEREAS, on November 2, 2012, Tessera Inc. executed and delivered *Defendant Tessera, Inc.'s Covenant Not to Sue Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc. Relating to U.S. Patent No. 5,663,106* (attached hereto as Exhibit A);

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc. (collectively, "SPIL") and Defendant Tessera, Inc. ("Tessera"), by and through their counsel of record that:

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal without prejudice of all claims asserted by SPIL against Tessera in SPIL's *Complaint for Declaratory Judgment of Non-Infringement, Invalidity and Unenforceability of U.S. Patent No. 5,663,106* (Case No. 4:08-cv-03667, Dkt. No. 1).

Tessera previously dismissed its counterclaims against SPIL (Dkt. No. 77).  This case can hereby be closed.

SPIL and Tessera will each bear their own costs, expenses and legal fees.

SO STIPULATED.

DATED: November 6, 2012        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Michael F. Heafey*
Michael F. Heafey
Attorneys for Plaintiffs Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc.

DATED: November 6, 2012        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: */s/ Eric R. Olson*
Eric R. Olson
Attorneys for Defendant Tessera, Inc.

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Tessera, Eric R. Olson.

DATED: November 6, 2012                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Michael F. Heafey*
      Michael F. Heafey
Attorneys for Plaintiffs Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc.